**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No. 09-PO-00130-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MICHAEL DEAN KENNELL,

Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter coming before the Court on the supervising probation officer's recommendation that the Defendant be terminated from probation and the Court being fully advised,

**IT IS HEREBY ORDERED** that the Defendant, Michael Dean Kennell, be discharged from probation and that the proceedings in this case be terminated.

**DATED: June 29, 2010.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**